IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ROBBIE SHERRON,                  )
                                 )
            Plaintiff,           )
                                 )
    v.                           )    1:15CV852
                                 )
SHERIFF MICHAEL D. ANDREWS,      )
RN BUTLER, and CORRECTION        )
CARE DIRECTOR I,                 )
                                 )
            Defendant(s).        )
```

**ORDER**

On November 3, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants Andrews and Butler are **DISMISSED** pursuant to 28 U.S.C. § 1915A and § 1915(e)(2) based on Plaintiff's failure to state a claim against them, but that Plaintiff's claim against Correction Care Director I is allowed to proceed.

This the 28th day of January, 2016.

_____
United States District Judge