IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBBIE SHERRON,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　　　1:15CV852
　　　　　　　　　　　　　　　　)
SHONICIA JONES,[1]　　　　　　　)
Correction Care Director I,　　)
　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)

**ORDER**

On October 17, 2016, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 30, 31.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 16) is **DENIED.**

---

[1] The correct spelling of Defendant's first name is Shonicia. The case caption is hereby amended to reflect the correct spelling.

This the 18th day of November, 2016.

_____
United States District Judge