IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROBBIE SHERRON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-CV-852 |
| | ) | VERDICT SHEET |
| SHONICIA JONES, | ) | |
| | ) | |
| Defendant. | ) | |

*FILED JUN 15 2018 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.*

1. **Did Defendant Shonicia Jones act with deliberate indifference to the serious medical needs of Plaintiff Robbie Sherron?**

    ___ Yes
    *If Yes, Go to Issue 2.*

    **X** No
    *If No, Stop.*

2. **What amount if any is the Plaintiff Robbie Sherron entitled to recover?**

    *After you answer this issue, stop and inform the Court you have a verdict.*

    $_____
    Enter an amount

This 6/15/18 day of June, 2018.

_____
FOREPERSON